UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAUL MONTANA, et al.,

                        Plaintiffs,

        -against-

JOHN PAPPAGIORGIO, et al.,

                        Defendants.

-----------------------------------------------------------------X

18-CV-06594 (SN)

**PRETRIAL CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2020

**SARAH NETBURN, United States Magistrate Judge:**

On December 22, 2019, the parties consented to my jurisdiction. Accordingly, a Pretrial Conference is scheduled for Friday, January 30, 2020, at 11:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The purpose of this conference is to set a date for trial, and all final pretrial filings. The parties should appear with available dates for May, June and July.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 14, 2020
             New York, New York