UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MONTANA et al.,

                              **Plaintiff,**                          1:18-CV-06594 (SN)

       -against-                                                  **ORDER**

PAPPAGIORGIO et al.,

                              **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On May 15, 2020, the Court issued an order directing the parties to file a proposed pretrial order and any *in limine* motions by September 28, 2020, none of which has been received. The Court orders the parties to submit the proposed pretrial order and any *in limine* motions no later than October 7, 2020. Responses will be due by October 21, 2020. The final pretrial conference scheduled for October 29, 2020, will be held telephonically. At that time, the parties should call (877) 402-957 and enter access code 7938632, followed by the pound (#) key.

**SO ORDERED.**

DATED:     New York, New York
                October 2, 2020

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2020