UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAUL MONTANA, et al.,

                             **Plaintiffs,**                                  18-CV-06594 (SN)

           -against-                                            **ORDER**

JOHN PAPPAGIORGIO, et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephonic conference has been scheduled for October 28, 2020, at 10:00 a.m. to discuss the proposed settlement agreement at ECF No. 57. At that time the parties should call the Court's dedicated conferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
DATED:    New York, New York                    United States Magistrate Judge
               October 21, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2020