USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAUL MONTANA, et al.,

                                   **Plaintiffs,**                              **18-CV-06594 (SN)**

        -against-                                                     **ORDER**

JOHN PAPPAGIORGIO, et al.,

                                   **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The conference currently scheduled for Wednesday, October 28, 2020, at 10:00 a.m., is RESCHEDULED to 2:00 p.m. that same day. At that time, the parties should call the Court's dedicated conferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                         _____
                                                                         SARAH NETBURN
DATED:    New York, New York                United States Magistrate Judge
              October 22, 2020