```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAUL MONTANA, et al.,

                      Plaintiffs,                  18-CV-06594 (SN)

      -against-                                  **ORDER**

JOHN PAPPAGIORGIO, et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on October 20, 2020, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 57. Furthermore, the parties appeared before the Court at a telephonic conference on October 28, 2020, to discuss the terms of the settlement. As discussed at the conference, the Court interprets the Settlement to provide that the defendants will pay a total of $10,000 to settle the case—$5,000 of which will be split by the plaintiffs, and $5,000 of which will be paid to plaintiffs' counsel for attorney's fees and costs.

       Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

SO ORDERED.

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     October 28, 2020
                 New York, New York